UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BRAULIO MATOS NAVARRO,
Plaintiff,
v.
J. JOHNSON, *et al*.,
Defendant.

Case No. 5:26-cv-03686-SRM-AS

**ORDER SETTING BRIEFING SCHEDULE**

Having reviewed Braulio Matos Navarro's ("Petitioner") *ex parte* application for a temporary restraining order, Dkt. 2, the Court **ORDERS** the following:

1. During the pendency of these proceedings, Respondent shall provide at least two court days' notice to the petitioner and the Court of its intent to remove the petitioner from the Central District of California.
2. Respondents must file either an opposition or notice of non-opposition to the *ex parte* application on or before July 16, 2026.
3. Petitioner may file a reply on or before July 20, 2026
4. Unless the court orders otherwise, Petitioner's *ex parte* application will be deemed submitted, without oral argument, on either (a) the day the opposition is filed, or due and not filed; or (b) the day any reply to the

opposition is filed, or due and not filed. The Court may order further briefing or other proceedings, at any time, as appropriate.

**IT IS SO ORDERED.**

Dated: 07/13/26

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE