JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| BRAULIO MATOS NAVARRO,<br>Petitioner,<br>v.<br>J. JOHNSON, et al.,<br>Respondents. | Case No. EDCV 26-3686-SRM (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is GRANTED.

DATED: August 5, 2026

SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE